**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00189-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ROLANDO SOTELO-MATA,

    Defendant.

_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on July 8, 2013, it is

    ORDERED that Defendant Jose Rolando Sotelo-Mata is sentenced to TIME SERVED.

    DATED: July 8, 2013

                              BY THE COURT:

                              _____
                              Christine M. Arguello
                              United States District Judge